UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANILE LOPEZ, | Case No. 8:18-cv-00392-JLS-KES |
| Plaintiff, | ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND FILING OF DISMISSAL |
| v. | |
| RISE CREDIT, LLC, et al. | |
| Defendant(s). | |

On October 17, 2018, Defendant Trans Union filed a Joint Notice of Settlement (doc. 25), indicating that the case has fully settled. Based thereon, the Court hereby orders all proceedings in the case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause shown within thirty (30) days, to reopen the action if settlement is not consummated.

///

///

1  The parties shall file a Stipulation of Dismissal no later than
2  November 16, 2018. If no dismissal is filed, the Court deems the
3  matter dismissed at that time.
4  The Court retains full jurisdiction over this action and this
5  order shall not prejudice any party in the action.

7  IT IS SO ORDERED.

9  DATED: October 17, 2018

                                            **JOSEPHINE L. STATON**
                                            HONORABLE JOSEPHINE L. STATON
                                            UNITED STATES DISTRICT JUDGE